# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cesar Sevilla Acosta, | Civil No. 13-cv-1510 (MJD/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Esq Scott Fisher, *and Successor* | |
| Respondent. | |

---

Cesar Sevilla Acosta, #16503-041, FCI Sandstone, Post Office Box 1000, Sandstone, MN 55072 (Petitioner, pro-se ); and

Gregory G. Brooker and Pamela Marentette, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 10, 2014 [Docket No. 10], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus [Docket No. 1] is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  July 18, 2014

s/Michael J. Davis
The Honorable Michael J. Davis
Chief United States District Court Judge
for the District of Minnesota